# EXHIBIT A

**4TH DISTRICT COURT - PROVO**
**UTAH, STATE OF UTAH**
**STATE OF UTAH vs. CROMAR, PAUL KENNETH**

| Case Number | Current Assigned Judge |
|---|---|
| 201402860 - State Felony | CHRISTINE JOHNSON |

## Parties

| Relationship | Party | Represented By |
|---|---|---|
| Other Party | STATE DEBT COLLECTION | JONATHAN JENSEN |
| Plaintiff | STATE OF UTAH | JEFFREY GRAY<br>M JARED PERKINS |
| Defendant | PAUL KENNETH CROMAR | DEFENDER PUBLIC<br>LISA MAXINE ESTRADA<br>M JARED PERKINS |
| Also Known As | PAUL-KENNETH CROMAR | |
| Other Party | EUGENE PAUL RICHARDSON | |

## Charges

Cromar's defense attorneys:
Lisa Maxine Estrada
<u>M Jared Perkins</u>

M Jared Perkins is also a Prosecutor

```
                        4TH DISTRICT COURT - PROVO
                         UTAH COUNTY, STATE OF UTAH
                         APPEALED: CASE # 20220593


                  STATE OF UTAH vs. PAUL KENNETH CROMAR
```
CASE NUMBER 201402860 State Felony

Defendants PAUL KENNETH CROMAR, BARBARA ANN CROMAR are linked.

CHARGES

    Charge 1 - 76-6-202 - BURGLARY - 2nd Degree Felony
    Offense Date: April 23, 2020
    Location: UTAH COUNTY, UT
    Plea: July 01, 2022 Guilty
    Disposition: July 01, 2022 Guilty

    Charge 2 - 76-6-404.5 - WRONGFUL APPROPRIATION - 3rd Degree Felony
    Offense Date: April 23, 2020
    Location: UTAH COUNTY, UT
    Plea: July 01, 2022 Guilty
    Disposition: July 01, 2022 Guilty

CURRENT ASSIGNED JUDGE
    CHRISTINE JOHNSON

PARTIES

    Plaintiff - STATE OF UTAH
    Represented by: JEFFREY GRAY
    Represented by: M JARED PERKINS

    Defendant - PAUL KENNETH CROMAR
    9870 N MEADOW DRIVE
    PO BOX 942, PLEASANT GROVE
    CEDAR HILLS, UT 84062
    kencromar5@gmail.com
    Represented by: DEFENDER PUBLIC
    Represented by: LISA MAXINE ESTRADA
    Represented by: M JARED PERKINS

    Also Known As - PAUL-KENNETH CROMAR(PAUL KENNETH CROMAR)

    Bondsman - BEEHIVE BAIL BONDS
    ATTN: GARY / NANCY WALTON
    268 E 500 S
    SALT LAKE CITY, UT 84111
    mrw@beehivebailbonds.com

    Other Party - STATE DEBT COLLECTION
    PO BOX 141001
    SALT LAKE CITY, UT 84114-1001
    Represented by: JONATHAN JENSEN

---

STATE OF UTAH }
COUNTY OF WEBER } SS.

I HEREBY CERTIFY THAT THIS IS A TRUE COPY OF THE ORIGINAL ON FILE IN MY OFFICE

DATED THIS 23 DAY OF April 20 24

CLERK OF THE COURT
BY _____ DEPUTY
PAGE 1 OF 75