Paul-Kenneth: Cromar, ID #567164
Davis County Jail
800 West State Street
P.O. Box 618
Farmington, Utah 84025-0618
Phone: 801-451-4100

FILED US District Court-UT
JUN 03 '24 AM08:42

[Pro Se] *sui juris*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| PAUL KENNETH CROMAR,<br><br>Petitioner,<br><br>vs.<br><br>DAVIS COUNTY CORRECTIONAL FACILITY<br><br>Respondent | Case: 1:24-cv-00064-DBB<br><br>REQUEST TO SUBMIT<br>FOR DECISION ON PETITIONER'S<br>PETITION FOR WRIT<br>OF HABEAS CORPUS<br><br>Honorable Judge David Barlow |

**Re: Paul Kenneth Cromar, Inmate #567164**

Petitioner Paul Kenneth Cromar inmate #567164 (Cromar) hereby moves this court with his **Request To Submit For Decision On Petitioner's Petition for Writ of Habeas Corpus** which was filed April 25, 2024.

This request is made pursuant to DUCivR 7-3.

- Cromar served upon the court his Petition for Writ of Habeas Corpus April 25, 2024.
- Cromar served his Petition for Writ of Habeas Corpus to Sheriff Kelly V. Sparks, Chief Deputy Andrew Oblad, and Deputy Arnold Butcher at the Utah Davis County Jail 800 West State Street, Farmington, Utah April 25, 2024.

1

- The Court notified the Prisoner Litigation Unit at the time of the filing.
- There has been no response by the noticed parties or the respondents.
- No hearing has been requested.
- The said petition is ready for a decision from the Court.

Presented in honor in the year of our Lord and in His name the 3rd day of June, 2024.

by: /s/ Paul-Kenneth: Cromar, TM
Paul-Kenneth: Cromar

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of June, 2024, I personally delivered to the names below through the front desk of the Davis County Correctional Facility a true and correct copy of **REQUEST TO SUBMIT FOR DECISION ON PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS**

    SHERIFF KELLY V. SPARKS
    CHIEF DEPUTY ANDREW OBLAD
    DEPUTY ARNOLD BUTCHER
    Davis County Jail
    800 West State Street
    P.O. Box 618
    Farmington, Utah 84025-0618

/s/ Raland Brunson
Raland Brunson